## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AMY ROBERTS, individually and on behalf of all others similarly situated, | Civil Action No.: 2:22-cv-02862-MHW-CMV |
| Plaintiff, | JUDGE MICHAEL H. WATSON |
| v. | MAGISTRATE JUDGE CHELSEY M. VASCURA |
| THE EPOCH TIMES ASSOCIATION, INC. | |
| Defendant. | |

## DEFENDANT THE EPOCH TIMES ASSOCIATION, INC.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Epoch Times Association, Inc. makes the following disclosures:

1.      The Epoch Times Association, Inc. does not have a parent corporation.

2.      No publicly traded corporation owns more than 10% of The Epoch Times Association, Inc.

Respectfully submitted this 16th day of December, 2022.

By:      */s/ Brad J. Barmen*
Brad J. Barmen (0076515)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1375 East 9th Street, Suite 2250
Cleveland, Ohio 44114
Tel.: 216-586-8810
Fax: 216-344-9421
brad.barmen@lewisbrisbois.com

*Counsel for Defendant*
*The Epoch Times Association, Inc.*

4884-0000-3396.1